FILED
NOV 0 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8894

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate's Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) Title 21, U.S.C., § 841(a)(1) |
| Ruben SANDOVAL-Cota, | ) Possession with Intent to Distribute (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about October 30, 2007, within the Southern District of California, defendant Ruben SANDOVAL-Cota did knowingly and intentionally possess, with intent to distribute approximately 421.8 kilograms (929.9 pounds) of marijuana, Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

CRAIG MOORE, SPECIAL AGENT
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF NOVEMBER, 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Ruben SANDOVAL-Cota

## STATEMENT OF FACTS

I, DEA Task Force Officer (TFO) Craig Moore, declare under penalty of perjury, the following statement is true and correct:

On October 30, 2007, U. S. Border Patrol Agent Louay Naoufal was performing his official duties at the U.S. Border Patrol Checkpoint located on Highway 111, north of Niland, California. Agent E. Gonzalez was also working the pre-primary inspection area with his canine. A semi-tractor trailer approached the primary inspection. As the vehicle stopped at primary, Agent Gonzalez and his assigned canine began to perform an exterior sniff of the tractor trailer. The canine alerted to the rear of the trailer. Agent Naoufal asked the driver for consent to look inside the rear side boxes of the trailer. The driver, later identified as Ruben SANDOVAL-Cota, consented to the search of the trailer. SANDOVAL-Cota appeared hesitant as he approached the boxes at the rear of the trailer and, as he opened the side boxes up, he quickly shut the doors as if in a hurry to leave.

SANDOVAL-Cota was directed to the secondary inspection area. The canine alerted to the far right tool box on the trailer. Agent Gonzalez asked SANDOVAL-Cota if he could look in the box and SANDOVAL stated the box was locked. Observing that there was no lock on the box, BPA Gonzalez again asked SANDOVAL-Cota if he could look in the box. SANDOVAL went to the front of the trailer to retrieve a tool to release the straps securing the box. Once the straps were released,

Agent Gonzalez opened the box, discovered bundles of material wrapped in gray duct tape and could smell the odor of marijuana.

A further search of the boxes on the flatbed trailer revealed bundles of a green, leafy substance consistent with the first opened box. Agents seized a total of 48 bundles containing a green leafy substance which field tested positive for the presence of marijuana. The total weight of the packages was 421.8 kilograms (929.9 pounds) of marijuana.

U. S. Border Patrol Agents notified the Drug Enforcement Administration (DEA). DEA Special Agent Gerard Jernegan and Task Force Officer Craig Moore responded to the Highway 111 U.S. Border Patrol Checkpoint.

Agent A. Leon, read SANDOVAL-Cota his Miranda rights in Spanish from a Drug Enforcement Administration 13a Card. SANDOVAL-Cota acknowledged he understood his rights and agreed to waive his rights and answer questions without the presence of an attorney. SANDOVAL-Cota stated he was driving a load of machinery parts from Phoenix, Arizona, to the Coachella Valley area north of Highway 111. However, SANDOVAL-Cota stated he stopped at a rest area in Welton, Arizona, and was approached by several men in two pickup trucks. These men wanted him to transport an unknown cargo in several metal boxes to the Luvs Truck Stop in Coachella. SANDOVAL-Cota also stated he was to be paid $400.00 for this service. SANDOVAL-Cota claims he did not know the contents of the boxes and did not want to give any further details about the incident because he was afraid for his life and concerned for the safety of his family.